**United States District Court**
For the Northern District of California

**\*E-FILED\***
**July 5, 2005**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIOPTICS MEDICAL PRODUCTS, INC.,<br><br>    Plaintiff,<br>v.<br><br>SOLAR BAT ENTERPRISES, INC.,<br><br>    Defendant._____/ | No. C 05-01701 RS<br><br>**ORDER RE: SETTLEMENT;<br>STAND-BY ORDER TO SHOW<br>CAUSE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates the Case Management Conference set for August 31, 2005. The parties are required to file a stipulation of dismissal by **September 28, 2005**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **October 5, 2005 at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: July 5, 2005

                                          /s/ Richard Seeborg
                                          RICHARD SEEBORG
                                          United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

David S. Block, Esq.
dblock@mwe.com

Jennifer L. Ishiminoto, Esq.,
jishimoto@mwe.com

Dated: July 5, 2005

                                        /s/ BAK
                                      Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California