DAVID S. BLOCH (No. 184530)
JENNIFER L. ISHIMOTO (No. 211845)
McDERMOTT WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:   650.813.5000
Facsimile:   650.813.5100

*E-FILED 7/14/05*

Attorneys for Plaintiff
DIOPTICS MEDICAL PRODUCTS, INC.

E. Victor Indiano
vic@iplawindiana.com
INDIANO VAUGHAN & ROBERTS LLP
One North Pennsylvania Street, Suite 850
Indianapolis, Indiana 46204
Telephone: (317) 822-0033
Facsimile: (317) 822-0055

Attorney for Defendant
SOLAR BAT ENTERPRISES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIOPTICS MEDICAL PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOLAR BAT ENTERPRISES, INC., an Indiana corporation,<br><br>Defendant. | Civil Case No. 05-01701 RS<br><br>**STIPULATED DISMISSAL AND ORDER THEREON** |

    Plaintiff Dioptics Medical Products, Inc. ("Dioptics") and defendant Solar Bat Enterprises, Inc. ("Solar Bat") have reached a confidential settlement of this case. As part of this confidential settlement, the parties have agreed to the entry of this Stipulated Dismissal with Prejudice, including the terms and conditions set forth below:

    1.    The Court shall retain jurisdiction over the parties to the extent necessary to enforce the terms of this Stipulated Dismissal with Prejudice and the confidential settlement

STIPULATED DISMISSAL                                                                Civil Case No. 05-01701 RS

agreement reached between the parties, the terms of which are expressly incorporated herein by reference as though fully set forth.

2.  This Stipulated Dismissal shall be binding upon and shall inure to the benefit of Dioptics and Solar Bat and each of their respective licensees, subsidiaries, corporate parents, affiliates, and/or successors and assigns.

3.  This action is hereby DISMISSED WITH PREJUDICE.

Dated: July 13, 2005

Respectfully submitted,

McDermott Will & Emery LLP

By: /s/ Jennifer L. Ishimoto
David S. Bloch
Jennifer L. Ishimoto

Attorneys for Plaintiff
DIOPTICS MEDICAL PRODUCTS, INC.

Dated: July 13, 2005

Respectfully submitted,

INDIANO VAUGHAN & ROBERTS LLP

By: /s/ E. Victor Indiano
E. Victor Indiano

Attorney for Defendant
SOLAR BAT ENTERPRISES, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 14, 2005

/s/ Richard Seeborg
Hon. Richard Seeborg
United States Magistrate Judge
Northern District of California

STIPULATED DISMISSAL — - 2 - — CIVIL CASE NO. 05-01701 RS

CERTIFICATION BY JENNIFER L. ISHIMOTO PURSUANT TO GENERAL RULE NO. 45, SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES

1. I am an attorney licensed to practice law in the state of California, and am an associate in the law firm of McDermott, Will & Emery, counsel for plaintiff Dioptics Medical Products, Inc. in this matter. The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2. The above e-filed document contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court. Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct on this 13th day of July, 2005.

_____
Jennifer L. Ishimoto

MPK 94113-1.070302.0025